UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

SEDRICK TASCO                                NO. 19-00095-BAJ-EWD

ORDER

Before the Court is the United States' **Motion In Limine To Admit Evidence Of Defendant's Prior Drug Convictions Under Rule 404(b) (Doc. 66)** and Defendant's **Motion In Limine To Exclude Testimony Related To Confidential Informant Under Rule 403 And Under *Crawford* If The Informant Is Unavailable To Testify (Doc. 67)**. The motions are opposed. (Doc. 69; Doc. 70). The Court held a hearing on both Motions on Thursday, June 10, 2021.

For the reasons stated on the record,

**IT IS ORDERED** that the United States' **Motion In Limine To Admit Evidence Of Defendant's Prior Drug Convictions Under Rule 404(b) (Doc. 66)** is **GRANTED IN PART** and **DENIED IN PART**. The United States shall be permitted to present evidence of Defendant's two most recent prior drug convictions pursuant to Federal Rule of Evidence 404(b).

1

**IT IS FURTHER ORDERED** that the parties shall submit a proposed limiting instruction regarding the evidence pertaining to Defendant's prior drug convictions no later than Monday, June 21, 2021.

**IT IS FURTHER ORDERED** that Defendant's **Motion In Limine To Exclude Testimony Related To Confidential Informant Under Rule 403 And Under *Crawford* If The Informant Is Unavailable To Testify (Doc. 67)** is **GRANTED IN PART** and **DENIED IN PART.** To the extent the United States does not call the confidential informant as a witness during the upcoming jury trial, Defendant's Motion is **GRANTED.** The United States shall not be permitted to elicit statements given by nontestifying witnesses in the course of the investigation, when those statements inculpate the Defendant. *See United States v. Jones*, 930 F.3d 366, 378 (5th Cir. 2019). Should the United States call the confidential informant as a witness at trial, Defendant's Motion is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the United States shall notify the Defendant no later than Monday, June 21, 2021, regarding whether it intends to call the confidential informant as a witness at trial. The Government shall disclose any documents related to same to Defendant no later than Monday, June 21, 2021.

**IT IS FURTHER ORDERED** that the deadline to file proposed jury instructions and voir dire shall be continued from Friday, June 11, 2021, until Friday, June 18, 2021.

Baton Rouge, Louisiana, this 14th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**